ndbabus(02/10)

# UNITED STATES BANKRUPTCY COURT

### Maine

Case No.:  17–10395
Chapter:  7

In Re:
    Michael J. Lavertu
    dba Lavertu Electric, LLC

## NOTICE

On July 21, 2017, Michael J. Lavertu filed a Chapter 7 voluntary petition. The petition and accompanying filing referenced debtor(s) Michael J. Lavertu doing business as or formerly doing business as Lavertu Electric, LLC

Creditors with claims against anyone or any entity other than the individual debtor(s) named above, whether those claims arise from business activities or otherwise, should consider the effect that this individual bankruptcy filing has on their rights and take appropriate action.

**Dated: July 27, 2017**

Alec Leddy
Clerk, U.S. Bankruptcy Court